IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DALE A. KENNETT										PLAINTIFF

VS.								CIVIL ACTION NO.  1:18cv234-HSO-FKB

COMMISSIONER OF SOCIAL
SECURITY										DEFENDANT

## REPORT AND RECOMMENDATION

This cause comes on this date on the *sua sponte* motion of the Court to dismiss this cause of action because of Plaintiff's failure to prosecute his claims. *Natural Gas Pipeline Co. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993)(citing *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962) (a district court has inherent power to dismiss a case *sua sponte* for failure to prosecute)). Plaintiff has failed to file a memorandum brief as dictated by the Order Directing Filing of Briefs [4]. Furthermore, Plaintiff has failed to respond to the Show Cause Order [19] entered on December 30, 2019, and has failed to file his memorandum brief after being given an extension to do so. *See* [19]. By these failures, Plaintiff has failed to prosecute this case. Accordingly, the undersigned recommends that Plaintiff's claims be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 17th day of January, 2020.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE